IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

ST. LOUIS HEART CENTER, INC., individually
and on behalf of all others similarly-situated,

Plaintiff,

v.

SECURE-CARDIO, LLC, BRADFORD JAMES
ROELOFS and JOHN DOES 1-10,

Defendants.

Cause No. 4:16-cv-00052-DDN



So ordered. DW 3/9/16

### PLAINTIFF ST. LOUIS HEART CENTER, INC.'S DISMISSAL OF INDIVIDUAL CLAIMS WITH PREJUDICE OF ITS CLAIM AGAINST DEFENDANTS SECURE-CARDIO, LLC AND BRADFORD JAMES ROELOFS AND PLAINTIFF'S DISMISSAL OF INDIVIDUAL CLAIMS WITHOUT PREJUDICE OF ITS CLAIM AGAINST DEFENDANTS JOHN DOES 1-10

COMES NOW Plaintiff, St. Louis Heart Center, Inc. and Defendants Secure-Cardio, LLC and Bradford James Roelofs and pursuant to Rule 41 (a) (1) (A) (ii) hereby stipulate to dismissal of Plaintiff's individual claims against SECURE-CARDIO, LLC and BRADFORD JAMES ROELOFS **with prejudice**. John Does 1-10 are hereby dismissed **without prejudice**. Each party shall bear their own costs.

/s/ Max G. Margulis
Max G. Margulis, #24325MO
**MARGULIS LAW GROUP**
128 Old Belle Monte Rd.
Chesterfield, MO 63017
P: (636) 536-7022 - Residential
F: (636) 536-6652 - Residential
E-Mail: MaxMargulis@MargulisLaw.com
*Attorney for Plaintiff*

/s/ Scott Kozak
Scott Kozak, #49029MO
Carolyn B. Theis, #66937MO
ARMSTRONG TEASDALE LLP
7700 Forsyth Boulevard, Suite 1800
St. Louis MO, 63105
P: 314-621-5070
F: 314-621-5065
Email: skozak@armstrongreasdale.com
ctheis@armstrongteasdale.com

Brian J. Wanca, # 3126474IL
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: 847/368-1500
Fax: 847/368-1501
E-Mail: bwanca@andersonwanca.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of March, 2016, I submitted the foregoing via this Court's CM/ES system, which served notice of the filing on the Attorneys for Defendant.

/s/ Max G. Margulis